# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG 10  AM 9:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD TOMPKINS,<br><br>                Defendant. | CASE NO. 12CR2613-AJB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    18:2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

    18:2252(a)(4)(B); 18:2253(a)(1), 2253(a)(3) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/03/12

                                          Anthony J. Battaglia
                                          U.S. Magistrate Judge